IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| **SURESH PACKIRISAMY,** | : | CHAPTER 13 |
| | : | |
| Debtor. | : | BANKRUPTCY NO.  22-10129-mdc |

## APPLICATION FOR APPOINTMENT AS A REAL ESTATE BROKER/AGENT

The Debtor hereby requests that the Debtor be authorized to list and real estate brokerage, REMAX REAL ESTATE, and realtor, BRENDA FORTNA, be employed as a real estate brokerage/agent to sell the real estate of the Debtor located at 8983 Pathfinder Road, Breinigsville, PA  18031 (hereinafter "the Property").  The Listing Contract is attached hereto and incorporated herein, marked as Exhibit "A."  The initial listing price for the Property is $520,000, which will be sold pursuant to the Listing Contract and upon Court approval of any prospective sale of the Property, with the commission to be received being five percent (5%) of the selling price.  A Verified Statement by BRENDA FORTNA, pursuant to 11 U.S.C. §327 and Federal Rule of Bankruptcy Procedure 2014, is attached hereto and incorporated herein, marked as Exhibit "B".  Any objection to the Application must be served upon the Debtor's counsel listed below and filed with the Clerk of Court within seven (7) days of the filing of this Application, or on or before September 22, 2022.

    Respectfully submitted,
    REGIONAL BANKRUPTCY CENTER OF
    SOUTHEASTERN PA, P.C., by:

    _____
    Roger V. Ashodian
    Attorney ID #42586
    101 West Chester Pike, Suite 1A
    Havertown, PA  19083
    (610) 446-6800

    Attorney for Debtor