IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**SURESH PACKIRISAMY,** : CHAPTER 13
:
 Debtor. : BANKRUPTCY NO. 22-10129-mdc

## ORDER GRANTING APPLICATION FOR APPOINTMENT AS A REAL ESTATE BROKER

AND NOW, no opposition arising, it is hereby **ORDERED** that the Debtor is authorized to list, and real estate brokerage, REMAX REAL ESTATE, and realtor, BRENDA FORTNA, are appointed as a real estate brokerage/agent to sell the real estate of the Debtor located at 8983 Pathfinder Road, Breinigsville, PA 18031, at an initial listing price of $520,000, pursuant to the Listing Agreement between the Debtor and the Applicant, a copy of which was attached to the Application for Appointment of Real Estate Broker/Agent. The commission to be received upon Court approval of any prosective sale is five percent (5%) of the selling price.

BY THE COURT:

Date: September 26, 2022

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE