# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

**SURESH PACKIRISAMY,**   :   CHAPTER 13
:
**Debtor.**   :   BANKRUPTCY NO. 22-10129-mdc

## DEBTOR'S WITNESS LIST & EXHIBIT LIST

The Debtor, Suresh Packirisamy, hereby submits his list of witnesses and exhibits in advance of the scheduled continued hearing date on January 24, 2023, or as otherwise scheduled by the Court, on the Motion to Enforce the Stipulation and Settlement Agreement with Mutual Releases between the Debtor and his Landlords, Madhumohan Gunti and Sreevani Komerishetty ("Landlords"), and Counter-Motion filed by the Landlords.

**I.   WITNESS LIST**

A. Suresh Packirisamy, Debtor

Summary: Mr. Packirisamy will testify to facts and circumstances related to his tenancy at 156 Hudson Drive, Phoenixville, PA 19460, and his Landlords' violations of the Stipulation and Settlement Agreement with Mutual Releases filed on September 27, 2022, as well as any defenses to the Counter-Motion filed by the Landlords.

E-mail address: "Suresh P." <s77472@gmail.com>

Location: home or counsel's office

Other persons present: none or Debtor's counsel

Other documents: none known unless identified during the course of the hearing

B. Jon Kotler, Property Manager for Longford Crossing Homeowners Association

Summary: If available, Mr. Kotler will testify to Longford Crossing Homeowners Association rules and any violations of the rules.

E-mail address: Jon Kotler <j.kotler@cpm975.com>

Location: home or work

  Other persons present:  unknown; possibly co-workers or family members

  Other documents:  none known unless identified during the course of the hearing

 C. Christopher Hinderliter, Landlords' counsel (if necessary)

  Summary:  Mr. Hinderliter will be called as an adverse witness, if necessary, to address issues of which he has personal factual knowledge related to the Motion and Counter-Motion.

  E-mail address:  Christopher Hinderliter <christopher@millerturetsky.com>

  Location:  home or work

  Other persons present:  unknown; possibly co-workers or family members

  Other documents:  none known unless identified during the course of the hearing

 D. Roger V. Ashodian, Debtor's counsel (if necessary)

  Summary:  Mr. Ashodian would testify to communications and e-mails between counsel related to the Stipulation and Settlement Agreement with Mutual Releases, its implementation, and Motion and Counter-Motion.

  E-mail address:  rashodian@schollashodian.com

  Location:  office

  Other persons present:  unknown; possibly co-workers

  Other documents:  electronic case file for Suresh Packirisamy

 E. Ray Ross, plumber

  Summary:  If necessary and if available, Mr. Ross will testify to his inspection of the plumbing problems and repairs made at 156 Hudson Drive, Phoenixville, PA  19460.

  E-mail address:  unknown

  Location:  unknown

  Other persons present:  unknown; possibly co-workers or family members

  Other documents:  none known unless identified during the course of the hearing

 F. Any of Landlords' witnesses (see contact information on Landlords' witness list)

 G. Possible rebuttal witnesses

 H. Any other witnesses identified between now and the time of the hearing

## II. EXHIBIT LIST

Exhibits D-1 through D-15 were previously provided. Exhibits D-16 through D-19 are being provided together with this Witness and Exhibit List.

**D-1**: Stipulation and Settlement Agreement (request to take judicial notice)

**D-2**: E-mails related to interior locks

**D-3**: E-mails related to repair issues

**D-4**: 2-3-22 E-mail from Christopher Hinderliter

**D-5**: 5-2-22 E-mail from Christopher Hinderliter to Client

**D-6**: 7-21-21 E-mail exchange between Debtor and Jon Kotler

**D-7**: Rent receipts

**D-8**: Receipt for refrigerator

**D-9**: Doctor's certification

**D-10**: 12-24-22 Receipt for plumbing repair with photos

**D-11**: Photos of Front Entrance Door and Hallway

**D-12**: Photos of Kitchen

**D-13**: Photos of 1st Floor Bathroom

**D-14**: Photos of 1st Room on 1st Floor

**D-15**: Photos of 2nd Room on 1st Floor

**D-16**: Receipt for Re-entry Key Made (redacted)

**D-17**: 12-19-22 Notice of Water Service Termination

**D-18**: Adam's Moving & Hauling, Inc. Order

**D-19**:  Move-out Date Photo

        Respectfully submitted,
        REGIONAL BANKRUPTCY CENTER OF
        SOUTHEASTERN PA, P.C., by:

        _____
        Roger V. Ashodian
        Attorney ID #42586
        101 West Chester Pike, Suite 1A
        Havertown, PA  19083
        (610) 446-6800

        <u>Attorney for Debtor</u>